United States District Court
District of Massachusetts

| | |
|---|---|
| SUNRISE TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>CIMCON LIGHTING, INC., )<br>)<br>Defendant/Counterclaim-Plaintiff. )<br>) | Civil No.<br>15-11545-NMG |

## ORDER

Joint Motion to Amend Scheduling Order (Docket No. 55) is DENIED.

Participation in settlement discussions several months before the rescheduled Markman hearing and 13 months before the scheduled trial is insufficient reason to amend the scheduling order yet again. The court will entertain a short continuance of the Markman hearing (by no more than 2 weeks) and modest adjustments to other deadlines so long as they do not impinge upon the scheduled final pretrial conference (which will be held on Tuesday, September 11, 2018 at 3:00 p.m.) or the commencement of the jury trial which will occur on Tuesday, October 9, 2018 at 9:00 a.m.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: September 13, 2017

-1-