IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNRISE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CIMCON LIGHTING, INC.

    Defendant.

**Civil Action No.:  1:15-cv-11545**

## JOINT MOTION TO EXTEND THE DEADLINE TO CONSUMMATE SETTLEMENT OR ALTERNATIVELY UNOPPOSED MOTION BY PLAINTIFF TO REOPEN THE CASE

The parties are currently engaged in productive settlement discussions, have been exchanging draft agreements, are hopeful that settlement can be achieved, and respectfully request that the Court extend to March 2, 2018 the deadline for either party to reopen the action without prejudice, upon good cause shown, if settlement is not consummated.

In the alternative, if the Court denies the parties' joint motion for an extension, in view of the materiality of the sole issue still under discussion and to preserve its rights, Plaintiff Sunrise Technologies, Inc. ("Sunrise") hereby respectfully requests that the court re-open the above captioned litigation between Sunrise and CIMCON Lighting, Inc. ("CIMCON").  The parties aver that despite their respective good faith efforts to reach settlement, failure to reach an agreement with respect to the sole remaining material term would bring settlement efforts to an impasse.  It is Sunrise's understanding that Cimcon does not intend to oppose this motion.

| | |
|---|---|
| Dated: February 26, 2018 | Respectfully submitted, |
| | |
| */s/ Adam J. Kessel* | */s/ Michael A. Albert* |
| Adam J. Kessel (BBO # 661,211) | Michael A. Albert (BBO # 558566) |
| FISH & RICHARDSON P.C. | Marie A. McKiernan (BBO#689818) |
| One Marina Park Drive | Giorgos Stamatopoulos (NY #5163340) |
| Boston, MA 02110 | WOLF, GREENFIELD & SACKS, P.C. |
| (617) 542-5070 Telephone | 600 Atlantic Avenue |
| Email: kessel@fr.com | Boston, MA 02210 |
| | (617) 646-8000 Telephone |
| COUNSEL FOR | Email: malbert@wolfgreenfield.com |
| CIMCON LIGHTING, INC. | mmckiernan@wolfgreenfield.com |
| | gstamatopoulos@wolfgreenfield.com |
| | |
| | COUNSEL FOR |
| | SUNRISE TECHNOLOGIES, INC. |

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ *Michael A. Albert*
Michael A. Albert