IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
:
SUNRISE TECHNOLOGIES, INC.,          :     Civil Action No. 1:15-cv-11545-NMG
:
Plaintiff,              :
:
vs.                              :
:
CIMCON LIGHTING, INC.,                :
:
Defendant.             :
------------------------------------------------------- x

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Sunrise Technologies, Inc. ("Sunrise") and CIMCON Lighting, Inc. ("CIMCON"), represented by their attorneys, hereby stipulate and agree to as follows:

1. The Complaint filed by Sunrise against CIMCON in the above-captioned case, including all claims and causes of action asserted by Plaintiff Sunrise against CIMCON, are dismissed with prejudice to the Plaintiff to re-filing same and without costs.

2. All Counterclaims filed by CIMCON against Plaintiff are dismissed with prejudice to re-filing same and without costs.

3. Each of the parties to this Agreed Motion is to bear its own costs and fees, including attorney's fees.

So agreed and stipulated.

Dated:  March 2, 2018                              Respectfully submitted,


                        By:    /s/ *Adam J. Kessel*
                               Adam J. Kessel (BBO# 661211)
                               FISH & RICHARDSON, P.C.
                               One Marina Park Drive
                               Boston, MA 02210
                               kessel@fr.com

                               *Counsel for Defendant, CIMCON Lighting, Inc.*


                        By:    /s/ *Michael A. Albert*
                               Michael A. Albert (BBO# 558566)
                               WOLF, GREENFIELD & SACKS P.C.
                               600 Atlantic Avenue
                               Boston, MA 02210
                               malbert@wolfgreenfield.com

                               *Counsel for Plaintiff, Sunrise Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ *Michael A. Albert*
Michael A. Albert