IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------- x
:
SUNRISE TECHNOLOGIES, INC.,          :    Civil Action No. 1:15-cv-11545-NMG
:
Plaintiff,          :
:
vs.                                   :
:
CIMCON LIGHTING, INC.,                :
:
Defendant.          :
---------------------------------------------------- x

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Sunrise Technologies, Inc. ("Sunrise") and CIMCON Lighting, Inc. ("CIMCON"), represented by their attorneys, hereby stipulate and agree to as follows:

1. The Complaint filed by Sunrise against CIMCON in the above-captioned case, including all claims and causes of action asserted by Plaintiff Sunrise against CIMCON, are dismissed with prejudice to the Plaintiff to re-filing same and without costs.

2. All Counterclaims filed by CIMCON against Plaintiff are dismissed with prejudice to re-filing same and without costs.

3. Each of the parties to this Agreed Motion is to bear its own costs and fees, including attorney's fees.

So agreed and stipulated.

*Motion allowed. NMGorton, USDJ 3/20/18*